## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



TAG/ICIB SERVICES, INC. as
agent for CROWLEY AMERICAN
TRANSPORT, INC.

   VS.

MEDINA ENTERPRISES

CIVIL NO. 97-2809 (JAF)

RECEIVED & FILED
99 DEC 29 AM 10: 57
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## DESCRIPTION OF MOTION

**DATE FILED:** 10/29/99   **DOCKET #:** 8   **TITLE:** MOTION by The Adherence Group |for Carlos C. Santiago to Withdraw as Attorney|

[X] Plaintiff(s)
[ ] Defendant(s)

## O-R-D-E-R

[X] GRANTED.

__ DENIED.

__ MOOT.

__ NOTED.

**OTHER:**

12/28/99
DATE

JOSE A. FUSTE
U.S. DISTRICT JUDGE